**UNITED STATES of America**

v.

**Roland J. BAILEY, Appellant.**

**No. 90–3119.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 8, 1993.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

*ORDER*

PER CURIAM.

Appellant's Suggestion For Rehearing *En Banc* and the response thereto have been circulated to the full Court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestion. Upon consideration of the foregoing it is

---

**ORDERED,** by the Court *en banc,* that the suggestion is granted and this case will be reheard by the Court sitting *en banc.*

It is **FURTHER ORDERED,** by the Court *en banc,* that the judgment of the court filed herein on June 18, 1993, 995 F.2d 1113, is hereby vacated.